UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TRAVEL LEADERS GROUP HOLDINGS, LLC and ALTOUR HOLDINGS, LLC, <br><br>　　　　　　Plaintiffs, <br><br>-against- <br><br>ANTHONY LEE THOMAS, <br><br>　　　　　　Defendant. | No. 24 CV 1208 (LAP) <br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The Court is in receipt of the parties' letters regarding Plaintiffs' request for an extension of time.  (Dkt. nos. 30, 32-33.)  On April 26, 2024, the Court entered a Revised Scheduling Order, which (1) extended Plaintiffs' deadline until May 21, 2024 to amend their Complaint or oppose Defendant's pending motion to dismiss, and (2) extended Defendant's reply filing deadline by seven days.  (See dkt. no. 31.)  Defendant subsequently filed a letter opposing any extension of Plaintiffs' deadlines and, alternatively, requesting a seven-day extension of his reply filing deadline.

　　As the Revised Scheduling Order extends Defendant's reply filing deadline by seven days, Defendant's request is denied as moot, and the Revised Scheduling Order is reaffirmed.  Accordingly, the parties shall comply with the deadlines set forth therein.

**SO ORDERED.**

Dated:      April 27, 2024
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge