UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVEL LEADERS GROUP HOLDINGS, LLC, and ALTOUR HOLDINGS, LLC<br><br>*Plaintiffs*,<br><br>-against-<br><br>ANTHONY LEE THOMAS,<br><br>Defendant. | Case No. 1:24-cv-01208 (LAP)<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AND ORDER** |

Plaintiffs Travel Leaders Group Holdings, LLC and Altour Holdings, LLC and Defendant Anthony Lee Thomas hereby stipulate under FED. R. CIV. P. 41(a)(1)(A)(ii) that this action is voluntarily dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated:  August 15, 2024

1

| | |
|---|---|
| **DAVIS+GILBERT LLP** | **KRANTZ & BERMAN LLP** |
| *[signature]* | *[signature]* |
| | Hugh D. Sandler |
| Daniel A. Feinstein | |
| Daniel A. Dingerson | Marjorie E. Berman |
| Angela M. Dunay | 747 Third Avenue |
| 1675 Broadway | 32nd Floor |
| New York NY 10019 | New York, NY 10019 |
| Phone: (212) 468-4800 | Phone: (212) 661-0009 |
| Fax: (212) 468-4888 | Fax: (212) 661-5009 |
| dfeinstein@dglaw.com | mberman@krantzberman.com |
| ddingerson@dglaw.com | hsandler@krantzberman.com |
| adunay@dglaw.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | |

**SO ORDERED**:

_____
Hon. Loretta A. Preska
United States District Judge